JAMES F. T. O'CONNOR, as Comptroller of the Currency et al., Appellants, *v.* BANKERS TRUST COMPANY et al., Respondents.

Argued May 25, 1938; decided July 7, 1938.

*Alfred A. Cook, Harold Nathan, Clarence J. Shearn, Ben Herzberg, Henry Cohen* and *Clarence J. Shearn, Jr.*) for appellants.

*John W. Davis, Joseph M. Proskauer, Bethuel M. Webster, Robert N. West, J. Alvin Van Bergh, Edwin F. Blair* and *Henry C. Smith* for Bankers Trust Company et al., respondents.

*Wilkie Bushby* and *V. Henry Rothschild, 2nd,* for President and Directors of Manhattan Company, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: CRANE, Ch. J., and FINCH, J.